DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JAY LEONARD RODRIGUEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-0333

_____

October 17, 2025

Appeal from the Circuit Court for Hillsborough County; Samantha Lee Ward, Judge.

Blair Allen, Public Defender, and A. Victoria Wiggins, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Natalia Reyna-Pimiento, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior publication.